UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Daishawn Tyrek Morgan**                    **Docket No. 5:24-CR-159-2M**

### Petition for Action on Supervised Release

COMES NOW Peter J. Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Daishawn Tyrek Morgan, who, upon an earlier plea of guilty to Possession of a Firearm by Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on October 10, 2024, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Daishawn Tyrek Morgan was released from custody on May 22, 2026, at which time the term of supervised release commenced.

The case was reassigned to Your Honor on June 15, 2026.

A Petition for Action on Supervised Release was submitted on June 16, 2026, addressing U.S. v. McLaurin. This order was approved by Your Honor on June 17, 2026. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urinalysis sample which tested positive for marijuana on June 15, 2026. The defendant admitted to using and possessing marijuana on June 12, 2026. The defendant agreed to attend a substance abuse assessment at First Step Services and enroll in any recommended treatment. The defendant's substance use will continue to be monitored through the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Daishawn Tyrek Morgan**
**Docket No. 5:24-CR-159-2M**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Peter J. Yalango
Peter J. Yalango
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-849-4536
Executed On: June 17, 2026

### ORDER OF THE COURT

Considered and ordered this **23** day of **June**, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge